# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

SIMON MUJO, INDRIT MUHARREMI
    Plaintiffs,

V.                                                Civil Number 3:16cv01990(VAB)

JANI-KING INTERNATIONAL, INC.,
JANI-KING, INC.,
JANI-KING OF HARTFORD, INC.
    Defendants.

## JUDGMENT

This matter having come on for consideration of the defendants' motion for summary judgment doc. #136, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendants' motion. Accordingly, judgment shall enter in favor of defendants. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendants, Jani-King International, Inc., Jani-King, Inc., and Jani-King of Hartford, Inc. and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of December, 2019.

                                                              ROBIN D. TABORA, Clerk

                                                              By:/s/ Jazmin Perez
                                                              Jazmin Perez
                                                              Deputy Clerk

EOD:   12/30/2019