**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-one.

Before:  Guido Calabresi,
 Steven J. Menashi,
  *Circuit Judges,*
 Denise Cote,
  *District Judge.**

---

Simon Mujo, on behalf of themselves and all others similarly situated, Indrit Muharremi, on behalf of themselves and all others similarly situated,

   Plaintiffs - Appellants,

v.

Jani-King International, Inc., Jani-King, Inc., Jani-King of Hartford, Inc.,

   Defendants - Appellees.

**JUDGMENT**

Docket No. 20-111

---

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

---

*Judge Denise Cote, United States District Judge for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 10/21/2021**